UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

PUERTO 80 PROJECTS, S.L.U.                                    Civil Action No. 11-3983

                Plaintiff,                          **AFFIDAVIT OF SERVICE**

v.

UNITED STATES OF AMERICA AND
DEPARTMENT OF HOMELAND SECURITY,
IMMIGRATION AND CUSTOMS ENFORCEMENT,

                Defendants.

-----------------------------------------------------------------x

      JACOB J. MOSS, being duly sworn, deposes and says:

1.     I am over the age of 18 years, and I am not a party to this action.

2.     I hereby certify that, on the 13th day of June 2011, I caused to be served copies of 1) Petition for Release of Seized Property; 2) Memorandum of Points and Authorities in Support of Puerto 80's Petition for Release of Seized Property and in Support of Request for Expedited Briefing and Hearing of Same; 3) Declaration of Igor Seoane Miñán in Support of Puerto 80's Petition for Release of Seized Property; 4) Declaration of Ragesh K. Tangri in Support of Puerto 80's Petition for Release of Seized Property; and 5) Declaration of Genevieve Rosloff in Support of Puerto 80's Petition for Release of Seized Property, upon the following via electronic mail and hand delivery:

           Christopher Frey, Esq.
           Assistant United States Attorney
           United States Attorney's Office
           Southern District of New York
           One St. Andrews Plaza
           New York, NY 10007
           christopher.frey@usdoj.gov

                                              _____
                                              Jacob J. Moss

Sworn to before me this
14th day of June 2011.

_____
NOTARY PUBLIC

PATRICIA M. DEGIORGIO
Notary Public, State of New York
No. 60-4982874
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires June 10, 2015