UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
                                          Electronic Filing
PUERTO 80 PROJECTS, S.L.U.,            :

              Plaintiff,               :  **NOTICE OF ATTORNEY
                                          APPEARANCE AND REQUEST**
     - v. -                            :  **FOR ELECTRONIC
                                          NOTIFICATION**
UNITED STATES OF AMERICA AND           :
DEPARTMENT OF HOMELAND SECURITY,          11 Civ. 3983 (PAC)
IMMIGRATIONS AND CUSTOMS ENFORCEMENT  :

              Defendants.              :

- - - - - - - - - - - - - - - - - - - -x

TO:  Clerk of Court
     United States District Court
     Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                         Respectfully submitted,

                         PREET BHARARA
                         United States Attorney for the
                         Southern District of New York


                  By:    /s/   Christopher D. Frey
                         Christopher D. Frey
                         Assistant United States Attorney
                         United States Attorney's Office
                         One St. Andrew's Plaza
                         New York, NY 10007
                         Tel:  (212) 637-2270
                         Fax:  (212) 637-2620
                         E-mail: christopher.frey@usdoj.gov


cc:  Counsel of Record (via ECF)