## AFFIRMATION OF SERVICE

CHRISTOPHER D. FREY, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury, I am an Assistant United States Attorney in the Office of the United States Attorney for the Southern District of New York. On July 11, 2011, I caused copies of the Government's Memorandum of Law in Opposition to Petition of Puerto 80 Projects, S.L.U. Seeking Release of Seized Property Pursuant to 18 U.S.C. § 983 and the Declaration of Christopher D. Frey in Support of the Government's Opposition to Puerto 80's Petition for Release of Seized Property to be delivered by ECF and e-mail to:

| | |
|---|---|
| David Spears, Esq. | Ragesh Tangri, Esq. |
| Charlita Mays, Esq. | Mark Lemley, Esq. |
| Spears & Imes, LLP | Johanna Calabria, Esq. |
| 51 Madison Avenue | Genevieve Rosloff, Esq. |
| New York, NY 10010 | Durie Tangri LLP |
| dspears@spearsimes.com | 217 Leidesdorff Street |
| cmays@spearsimes.com | San Francisco, CA 94111 |
| | rtangri@durietangri.com |
| | mlemley@durietangri.com |
| | jcalabria@durietangri.com |
| | jrosloff@durietangri.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   New York, New York
         July 11, 2011

_Christopher D. Frey_
Christopher D. Frey
Assistant United States Attorney