# EXHIBIT A

# ROJADIRECTA

Forums :: Download matches :: Highlights :: Videos :: Search :: Beginner :: Tutorials:: Download software :: Español

## Today on Internet TV

UTC/GMT -5 24H AM/PM 12:39:39pm

Real Racing Santander Search

| |
|---|
| 2:45pm Serie B: **Frosinone Calcio - Atalanta** |
| 3:00pm Tennis (ATP Santiago): **Movistar Open 2011** (3:00pm-10:00pm) |
| 3:00pm Friendly: **OB Odense - Helsingborg IF** |
| 3:00pm La Liga: **Real Racing Santander - Valencia CF** |
| 4:50pm Sudamericano sub20: **Uruguay - Colombia** |
| 5:30pm Campeonato Mineiro (BRA): **Democrata - America Teofilo Otoni** |
| 5:30pm Campeonato Pernambucano (BRA): **Sport Club do Recife - Vitoria das Tabocas** |
| 7:00pm Sudamericano sub20: **Argentina - Ecuador** |
| 7:00pm Basket (NBA): **Toronto - Indiana** |
| 7:00pm Basket (NBA): **Denver - New Jersey** |
| 7:30pm Basket (NBA): **Cleveland - Miami** |
| 8:00pm Basket (NBA): **Orlando - Memphis** |
| 8:30pm Basket (NBA): **Washington - Dallas** |
| 9:00pm Basket (NBA): **Charlotte - Utah** |
| 9:00pm Wrestling (WWE): **Raw** (9:00pm-11:30pm) |
| 9:10pm Sudamericano sub20: **Chile - Brazil** |
| 10:30pm Basket (NBA): **Milwaukee - LA Clippers** |

Like Twitter

## Download last full matches

- FUTBOL 2A(Liga Adelante) Tem. 2010-11 Jor. 22[...
- VOLEIBOL Superliga Masculina J14: Cajasol Juva...
- FÚTBOL Liga BBVA J21: RCD Espanyol - Villarrea...
- Top Gear S16 E02 - Episode 2
- NHL 2010-2011 / NHL 58th All Star Game - 2011/...
- FA Cup Highlights Round4 (30/01/11)
- BALONCESTO Copa Príncipe FINAL: Blu:sens Monbu...

## Last video highlights

- España La Liga:Goles Jornada-21 Alls Goals [2...
- Brasil Campeonato Carioca - Vasco da Gama - Fl...
- Brasil Campeonato Gaucho - Gremio - Internacio...
- México 1a División :: U.N.A.M. vs Monterrey
- Argentina Amistoso: Chacarita Jrs - Argentinos...
- Handball - IHF Men's World Championship - Fina...
- Handball - IHF Men's World Championship-Bronze...
- Amistoso Internacional: Atl. Nacional - Racing...
- Torneo de Verano: Boca Juniors vs San Lorenzo ...
- España La Liga: Espanyol-Villarreal 30/01/11
- Friendly: Austria Vienna - Hajduk Split 29-01-...
- Italy,Serie A:Juventus-Udinese [30/01/2011]

