# EXHIBIT B

## Frey, Christopher (USANYS)

| | |
|---|---|
| **From:** | Yvonne Fu [chres@nr-online.com] |
| **Sent:** | Tuesday, May 11, 2010 9:01 AM |
| **To:** | admin@rojadirecta.com |
| **Cc:** | abuse@netelligent.ca |
| **Subject:** | NBA AV Infringement 2009-2010 - NBA  NRID13875  DMCA |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Re: UNAUTHORIZED USE OF INTELLECTUAL PROPERTY

NRID13875

To Whom It May Concern:

This letter is to notify you, pursuant to the Digital Millennium Copyright Act ("DMCA"), see 17 U.S.C. �512 et seq., that your website is infringing copyrighted materials owned by the National Basketball Association and/or NBA Properties, Inc. (together, the "NBA").

Specifically, the NBA owns the exclusive worldwide right to license for commercial and promotional purposes all intellectual property of the NBA and its member teams, including, but not limited to, all moving images and other audio/video content featuring NBA game action (collectively, "NBA Content").  The NBA Content displayed and/or disseminated on the http://www.rojadirecta.com website is being displayed and/or disseminated without the permission or authorization of the NBA.

Accordingly, the NBA requests that you act expeditiously to disable access to the unauthorized videos being displayed and/or disseminated on the web pages listed below and remove its contents from view.

    http://www.rojadirecta.com

I hereby state that the NBA is the owner of the exclusive rights referenced above and that NetResult is authorized to act on the NBA's behalf with respect to internet monitoring and compliance. On behalf of the NBA I hereby state that I have a good faith belief that use of the content in the manner complained of is not authorized by the NBA, its agents, or the law.

I, Yvonne Fu, as a representative of NetResult hereby digitally sign this e-mail message under penalty of perjury under the laws of the United States of America with the additional statement under penalty of perjury that the information in the notice is accurate.

If you have any questions, please contact the undersigned at the contact information provided below.


Yours sincerely,

Yvonne Fu

NetResult
Broadway House,
2-6 Fulham Broadway,
London,

1

SW6 1AA

# Frey, Christopher (USANYS)

| | |
|---|---|
| **From:** | Yiran Wei [yiranw@nr-online.com] |
| **Sent:** | Saturday, January 08, 2011 2:15 PM |
| **To:** | rojadirecta.org@domainsbyproxy.com |
| **Cc:** | abuse@weservit.nl |
| **Subject:** | NBA AV Infringement 2010-2011 - NBA  NRID64897 |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

```
Re: UNAUTHORIZED USE OF INTELLECTUAL PROPERTY

NRID64897

To Whom It May Concern:

It has come to our attention that the Web Site, http://rojadirecta.org/, is transmitting,
reproducing, displaying, and/or offering copyrighted NBA game programming without
authorization.

The National Basketball Association and/or NBA Properties, Inc. (together, "NBA") own the
exclusive worldwide right to license for commercial and promotional purposes all intellectual
property of the NBA and its member teams, including but not limited to, the words, names,
nicknames, identifying slogans, symbols, emblems, uniform designs, logos, game action
photographs, game action video, and other identifications of the NBA and its member teams
(collectively, "NBA Intellectual Property").  NBA Intellectual Property includes, but is not
limited to, all moving images and other audio/video content featuring NBA game action
(collectively, "NBA Content").

As you have neither sought nor obtained permission from the NBA to use NBA Content, the
transmission, reproduction, display, and/or offering of NBA Content, including, but not
limited to NBA game telecasts, is an infringement of the copyright the NBA holds in each work
and could subject you to liability for copyright infringement.

Please immediately cease all such unauthorized use of NBA Content and other NBA Intellectual
Property on any and all of the web sites you operate and confirm via email immediately with
your written assurance that you have complied with these demands.

Nothing in this letter is intended or shall be construed to constitute an express or implied
waiver of any of the NBA's rights or remedies, including any rights or remedies in respect of
infringement not explicitly stated, whether current or in the future, all of which are
expressly reserved.

Formal Declaration

I hereby state that the NBA is the owner of the exclusive rights referenced above and that
NetResult is authorized to act on its behalf with respect to internet monitoring and
compliance. On behalf of the NBA I hereby state that I have a good faith belief that use of
the content in the manner complained of is not authorized by the NBA, its agents, or the law.

If you have any questions, please contact the undersigned at the contact information provided
below.

Yours sincerely,
```

Yours sincerely,

Yiran Wei

NetResult
Broadway House,
2-6 Fulham Broadway,
London,
SW6 1AA
+44 (0)20 7471 0956