# EXHIBIT C



Customer - ████████████████
Email: ████████████████
Type: Individual
External Customer Id: ████████████
Address:

Accounts

AdSense - since October 23, 2005
Email: ████████████████████
Phone: ████████████ (Not verified)
Type: Individual

Billing Address:
Igor Seoane Miñán
████████████████
Barcelona, Barcelona  08022
Spain
████████████

Account Id: ██████████
Moneta Account Id: ████████████
Corporate Entity: IRL
Account Currency: EUR
Created: October 23, 2005
From: AdSenseFrontend
Category Filtering: Opted In

| Payment Details | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Amount | Currency | Corporate Entity | Moneta Account Id | Form of Payment | Payment Number | Status |
| Mar 26, 2007 | 873.91 | EUR | USA | ██████████ | EFT | 1787388723 | Issued |
| Feb 26, 2007 | 1,169.66 | EUR | USA | ██████████ | EFT | 1657798923 | Issued |
| Jan 23, 2007 | 551.52 | EUR | USA | ██████████ | EFT | 1506760523 | Issued |
| Dec 27, 2006 | 1,676.69 | EUR | USA | ██████████ | EFT | 1390090623 | Issued |
| Nov 23, 2006 | 1,021.38 | EUR | USA | ██████████ | EFT | 1244993723 | Issued |
| Oct 23, 2006 | 571.10 | EUR | USA | ██████████ | EFT | 1123333923 | Issued |
| Sep 25, 2006 | 228.05 | EUR | USA | ██████████ | EFT | 1011723023 | Issued |
| Aug 23, 2006 | 86.76 | EUR | USA | ██████████ | EFT | 887877723 | Issued |
| Jul 24, 2006 | 471.61 | EUR | USA | ██████████ | EFT | 780922223 | Issued |
| Apr 26, 2006 | 4,017.66 | EUR | USA | ██████████ | EFT | 479802923 | Issued |
| Mar 24, 2006 | 3,641.64 | EUR | USA | ██████████ | EFT | 376310123 | Issued |
| Feb 24, 2006 | 3,334.09 | EUR | USA | ██████████ | EFT | 285794823 | Issued |
| Jan 26, 2006 | 2,836.66 | EUR | USA | ██████████ | EFT | 198074423 | Issued |

Google Confidential and Proprietary

Customer

| External Customer ID | Company Name | Customer Name | Email |
|---|---|---|---|
| ▓▓▓▓▓ | | | |

### Addresses

| | | | | |
|---|---|---|---|---|
| Address ID | | Address 1 | ▓▓▓▓▓▓▓ | |
| Company Name | | Address 2 | | |
| Contact Name | Igor Seoane Miñán | City | Barcelona | |
| Email | ▓▓▓▓@▓▓▓ | State | Barcelona | |
| Phone | ▓▓▓▓▓ | Zip Code | 08022 | |
| Fax | | Country | ES | |
| Address ID | | Address 1 | no address provided | |
| Company Name | | Address 2 | | |
| Contact Name | no name provided | City | City Unknown | |
| Email | ▓▓▓▓@▓▓▓ | State | | |
| Phone | | Zip Code | | |
| Fax | | Country | | |
| Address ID | | Address 1 | ▓▓▓▓▓▓ | |
| Company Name | | Address 2 | | |
| Contact Name | Igor Seoane Miñán | City | Barcelona | |
| Email | ▓▓▓▓@▓▓▓ | State | Barcelona | |
| Phone | ▓▓▓▓▓ | Zip Code | 08022 | |
| Fax | | Country | ES | |

### Accounts

| Product | Company Name | Contact Name | Email | Address | Phone | Primary Instrument | B |
|---|---|---|---|---|---|---|---|
| AdSense | | Igor Seoane Miñán | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | |
| AdSense | | Igor Seoane Miñán | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | |

### Payment Instruments

| Instrument ID | Type | Type Detail | Status | Is Blacklisted | Details |
|---|---|---|---|---|---|
| ▓▓▓▓ | EFT | | Valid | No | Account Type:<br>Account Number: ▓▓▓▓<br>Account Holder Name: Igor Seoane Minan<br>Bank Name:<br>Bank Code: ▓▓▓▓<br>Bank Address:<br>Bank City:<br>Bank Region Code: ES<br>Check Digits: ▓▓<br>Verification Details: deposit attempts: 1, deposit guesses: 1, deposit money: EUR 0.75, depo▓ AM 05:03:24, deposit failure reason: |
| ▓▓▓▓ | EFT | | Valid | No | Account Type:<br>Account Number: ▓▓▓▓<br>Account Holder Name: Igor Seoane Minan<br>Bank Name:<br>Bank Code: ▓▓▓▓<br>Bank Address:<br>Bank City:<br>Bank Region Code: ES<br>Check Digits: ▓▓<br>Verification Details: deposit attempts: 1, deposit guesses: 1, deposit money: EUR 0.75, depo▓ AM 05:03:24, deposit failure reason: |

*Some of the instruments above may have empty details.*