IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PUERTO 80 PROJECTS, S.L.U., <br><br> Plaintiff, <br><br> v. <br><br> United States of America and <br> Department of Homeland Security, <br> Immigration and Customs Enforcement, <br><br> Defendants. | Civil Action No. 11-cv-3983 (PAC) (FM) |

**DECLARATION OF GENEVIEVE ROSLOFF IN SUPPORT OF PUERTO 80'S REPLY BRIEF IN SUPPORT OF PETITION FOR RELEASE OF SEIZED PROPERTY AND IN SUPPORT OF REQUEST FOR EXPEDITED BRIEFING AND HEARING OF SAME**

I, Genevieve Rosloff, declare as follows:

1. I am an attorney with the law firm Durie Tangri LLP, counsel of record for petitioner Puerto 80 Projects, S.L.U. ("Puerto 80") in this matter. I have personal knowledge of the facts contained herein and, if called to testify, could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of United States Senate Report for Bill S.3804—Combating Online Infringement and Counterfeits Act, downloaded from the United States Government Printing Office website.

3. Attached hereto as Exhibit 2 is a true and correct copy of United States Senate S.3804—Combating Online Infringement and Counterfeits Act, downloaded from the United States Government Printing Office website, and United States Senate Bill S.968—Preventing Real Online Threats to Economic Creativity and Theft of Intellectual Property Act of 2011, downloaded from the United States Government Printing Office website.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the United States Department of Justice—Computer Crimes and Intellectual Property Section's "Prosecuting Intellectual Property Crimes Manual (3rd ed. 2006), downloaded from http://www.justice.gov/criminal/cybercrime/ipmanual/index.html.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this 18th day of July in San Francisco, California.

_____
Genevieve Rosloff

1