**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PUERTO 80 PROJECTS, S.L.U., <br><br> Plaintiff, <br><br> v. <br><br> United States of America and Department of Homeland Security, Immigration and Customs Enforcement, <br><br> Defendants. | Civil Action No. 11-cv-3983 (PAC) (FM) <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Puerto 80 Projects, S.L.U. ("Puerto 80"), a corporation organized under the laws of Spain, certifies that it has no corporate parent and that no publicly held corporation owns any of its stock.

Respectfully submitted,

DURIE TANGRI LLP

Dated: July 19, 2011            By:

           */s/ Johanna Calabria*
           Johanna Calabria

Mark A. Lemley (*Pro Hac*)
Ragesh K. Tangri (*Pro Hac*)
Johanna Calabria (SBN JC3915)
Genevieve P. Rosloff (*Pro Hac)*
217 Leidesdorff Street
San Francisco, CA  94111
Tel. (415) 362-6666

David Spears
Charlita Mays
SPEARS & IMES LLP
51 Madison Avenue, 25th Floor
New York, NY 10010
Tel. (212) 213-6996

*Attorneys for Petitioner*
PUERTO 80 PROJECTS, S.L.U.

*Attorneys for Petitioner*
PUERTO 80 PROJECTS, S.L.U.