USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PUERTO 80 PROJECTS, S.L.U.,

                    Petitioner,

-against-

UNITED STATES OF AMERICA AND,
DEPARTMENT OF HOMELAND SECURITY,
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

                    Respondent.
-----------------------------------------------------------X

11 **CIVIL** 3983 (PAC)

**JUDGMENT**

Plaintiff Puerto 80 Projects, S.L.U. ("Puerto 80") having moved for the release of domain names pursuant to 18 U.S.C. § 983(f), and the matter having been brought before the Honorable Paul A. Crotty, United States District Judge, and the Court, on August 4, 2011, having issued its Order denying Puerto 80's petition, and directing the Clerk of Court to close and enter judgment in case number 11 civ. 3983, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 4, 2011, Puerto 80's petition is denied; accordingly, case number 11 civ. 3983 is closed.

**Dated:** New York, New York
         August 4, 2011

                                              **RUBY J. KRAJICK**
                                                **Clerk of Court**
                          **BY:**
                                                **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____