UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PUERTO 80 PROJECTS, S.L.U.

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

1:11  Civ. 03983  (PAC) ( )

- against -

UNITED STATES OF AMERICA AND DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT

**NOTICE OF APPEAL
IN A CIVIL CASE**

U.S. DISTRICT COURT
FILED
AUG 1 8 2011
D.S.
S.D. OF N.Y.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that PUERTO 80 PROJECTS, S.L.U.
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

denying the release of the Rojadirecta.com and Rojadirecta.org domain names pursuant to 18 U.S.C. § 983(f)

*(describe the judgment)*

entered in this action on the 4th day of August, 2011.
  *(date)*           *(month)*         *(year)*

Signature

Durie Tangri LLP, 217 Leidesdorff Street
*Address*

San Francisco, CA 94111
*City, State & Zip Code*

DATED: August 17, 2011   ( 415 ) 362 - 6666
                         *Telephone Number*

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*