N.Y.S.D. Case #
11-cv-3983(PAC)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 21th day of September, two thousand twelve.

Before: Guido Calabresi,
       Reena Raggi,
       Raymond J. Lohier, Jr.,

          Circuit Judge.
_____
Puerto 80 Projects, S.L.U.,

    Petitioner - Appellant,

    v.

United States of America,
Department of Homeland Security,
Immigrations and Customs Enforcement,

    Respondents - Appellees.

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/21/2012

ORDER
Docket No.: 11-3390

    The parties have filed a stipulation seeking to vacate the lower court's judgment and dismiss this appeal.  IT IS HEREBY ORDERED that the case is remanded for further proceedings in which the district court may seek to vacate its judgment and the appeal is dismissed, with prejudice.

                For The Court:

                Catherine O'Hagan Wolfe,
                Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/21/2012